UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. A-04-CR-252(3) SS |
| ) | |
| NOBLE CHRISTIAN LANDRY, ) | |
| Defendant. ) | |

ORDER

Came on to be considered United States Motion for Departure Pursuant to Federal Sentencing Guidelines, Section 5K, and the Court having considered said motion, hereby

ORDERS that United States motion be (DENIED)   (GRANTED)

ENTERED on this the 15th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

104